1

2

3

4

5

6

7

8                          **UNITED STATES DISTRICT COURT**

9                    **FOR THE EASTERN DISTRICT OF CALIFORNIA**

10

11    DAVID PONCE,                              No.  1:21-cv-01200-JLT-BAM

12                    Plaintiff,               ORDER ADOPTING FINDINGS AND
                                               RECOMMENDATIONS
13          v.
                                               (Doc. 11)
14    AMTRAK RAILROAD COMPANY,

15                    Defendant.

16

17          Plaintiff David Ponce ("Plaintiff"), a county jail inmate proceeding *pro se* and *in forma*

18    *pauperis*, initiated this civil rights action under 42 U.S.C. § 1983 on August 9, 2021.  (Doc. 1.)

19          On May 31, 2022, the assigned magistrate judge issued findings and recommendations

20    recommending that this action be dismissed for failure to state a cognizable claim upon which

21    relief may be granted.  (Doc. 11.)  Those findings and recommendations were served on Plaintiff

22    and contained notice that any objections thereto were to be filed within fourteen (14) days after

23    service.  (*Id.*)  Plaintiff filed objections on June 23, 2022.  (Doc. 12.)

24          In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(c), this court has conducted a

25    *de novo* review of the case.  Having carefully reviewed the entire file, including Plaintiff's

26    objections, the court finds that the findings and recommendations are supported by the record and

27    proper analysis.  Plaintiff's objections provide no basis for rejecting the magistrate judge's

28    findings and recommendations, which correctly explain why Plaintiff's claims cannot proceed.

                                                 1

Accordingly,

1. The findings and recommendations issued on May 31, 2022 (Doc. 11) are **ADOPTED IN FULL.**

2. This action is **DISMISSED** for failure to state a cognizable claim upon which relief may be granted.

3. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated:   **June 27, 2022**

UNITED STATES DISTRICT JUDGE